# UNITED STATES DISTRICT COURT

for the

District of

District of Columbia

Case: 1:26-cv-00086 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/13/2026
Description: Pro Se Gen. Civ. (F-DECK)

[illegible]

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

and Chinese spies & agents [illegible]

[illegible], DC [illegible] work, Defense Tech work

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* [x] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: [illegible]
Street Address: N/A, I stay at 133 7th St SE, in an apt of torture and poisoning
City and County:
State and Zip Code:
Telephone Number:
E-mail Address: [illegible]

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
JAN 13 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Defendant No. 1

Name: 1. government [illegible] and [illegible]
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 2

Name: (DC [illegible] Media)
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name: New York [illegible]
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________________, is a citizen of the State of *(name)* ______________________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________________, is incorporated under the laws of the State of *(name)* ______________________________, and has its principal place of business in the State of *(name)* ______________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________________, is a citizen of the State of *(name)* ______________________________. Or is a citizen of *(foreign nation)* ______________________________.

b. If the defendant is a corporation

The defendant, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

Or is incorporated under the laws of *(foreign nation)* ________________, and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

After repetitive petition and reporting, my basic human rights to LIFE, LIBERTY, and the pursuit of having my kids and career are killed, and continued to be killed. Upon arrival, I applied asylum. I tried more than 10 centers of fertility to freeze my eggs to save my kids. The only center where I was not harassed for months by Chinese female spies & agents out of more than ten, where I thought "Thank God! I can save my kids!", is the worst. Chinese spies & agents cornered me into having to save my eggs where my future kids-eggs are still next to chinese spies eggs and eggs from chinese spies' [illegible]. So since June 2023, I started to have possibility to work on my career to find my kids and family. Chinese male spies & agents [illegible] harass me intensively [illegible] before the professional activity. I signaled to police and escaped. Then I signed up for DC startup work but because of the 2 chinese spies who harm my intimate life, bodies, and career; who trafficked me to epi center of Covid-19 where they inflicted my reproductive organ with

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

bacteria or virus for more than a year, who killed my French identity proof, who call themselves Tachen Fellows/Healthy Bridge, a team majored in International Relations of JHU, where the DC startup work commenced; I, in order to stop being harmed by Chinese espionage, have to be absent. Then I obtained admission to DC DefenseTech events to catch up on my career. On Tuesday at DefenseTech Talk, before the conference, when I was leaving the room to freshen up in the restroom, there were Chinese looking male insisting repetitively walking towards me to imply [illegible] so I had to [illegible] to organizer I'm harassed by chinese spies. The organizer then lied to me to find a solution but approved [illegible] using law as weapon to harm, stole my seat. Even worse, since about the time of individual hearing, I have been imprisoned in apts of torture and poisoning. Those 3 h conference could have been

3 hours freed from torturing and poisoning, which in particular torture me when I try to work at where I could stay. I should have obtained 3 hours in a row free from torturing and Chinese poisoning while working on feeding my family.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~Juliette Yaxi LIANG~~ Le 12 janvier 2026

Signature of Plaintiff: Juliette Yaxi LIANG

Printed Name of Plaintiff: Juliette Yaxi LIANG

### B. For Attorneys

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Street Address: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address: ______