AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Juliette Yaxi LIANG
_____
Plaintiff/Petitioner
v.
Le gouvernement and Vicsin & Chinese spies
Defense Technologies, (DC Startup week)
_____
Defendant/Respondent

Case: 1:26-cv-00086   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/13/2026
Description: Pro Se Gen. Civ. (F-DECK)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ −7,000 / per month, and my take-home pay or wages are: $ 0 per
*(specify pay period)* month.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends               ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments        ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments       ☐ Yes   ☒ No
(e) Gifts, or inheritances                              ☐ Yes   ☒ No
(f) Any other sources                                   ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*



RECEIVED
JAN 13 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ *legal alien can't even open bank account*

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

a silver thing    $100
a diamond thing   $200

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Housing  $4000   I live in apartment of torture and poisoning
Transportation  ?   My Uber and Lyft accounts are even harassed and blocked because of Chinese sex trafficking. From work, I can't ask DC Yellow Cab to confirm my passenger ID.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

My future kids
My mother
My family
My employees

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
My University   $4000   Bursar's office

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: Le 12 janvier 2026

Applicant's signature

Juliette Yuxi LIANG

Printed name